# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, | Case No.: 2:19-cv-01892-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Complaint With Prejudice** |
| v. | |
| INSURANCE SERVICES OFFICE, INC. and GEICO INSURANCE COMPANY, | [ECF No. 4] |
| Defendants | |

On February 3, 2020, Magistrate Judge Youchah recommended that I dismiss plaintiff Jane Doe's complaint with prejudice. Doe did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 4) is accepted** and plaintiff Jane Doe's complaint **(ECF No. 1-1) is DISMISSED with prejudice**. The clerk of court is instructed to close this case.

DATED this 24th day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE